IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DOYLE V. PETERSON and DELENE PETERSON,<br><br>    Movants,<br><br><br>              vs.<br><br><br>INSPECTOR GENERAL OF THE UNITED STATES DEPARTMENT OF STATE,<br><br>    Respondent. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br><br>Case No. 2:17-CV-871-DB-BCW<br>(Consolidated) |

Before the Court is the Report and Recommendation issued by United States Magistrate

Judge Brooke C. Wells on September 15, 2017, recommending that Movants' Motions to Quash

be DENIED.

The parties were notified of their right to file objections to the Report and

Recommendation within fourteen (14) days of service thereof. Neither party has filed such an

objection.

Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

Recommendation and  finds that the Movants have failed to comply with the requirements of 12

U.S.C. § 3410.  Accordingly, the Movants' Motions to Quash are DENIED.  (Dkt. Nos. 1, 4, 5, 6

and 7.)

IT IS SO ORDERED.

DATED this 3rd day of October, 2017.

_____
Dee Benson
United States District Judge