IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DOYLE V. PETERSON and DELENE PETERSON,<br><br>Movants,<br><br>vs.<br><br>INSPECTOR GENERAL OF THE UNITED STATES DEPARTMENT OF STATE,<br><br>Respondent. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:17-CV-871-DB-BCW<br>(Consolidated) |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on September 15, 2017, recommending that Movants' Motions to Quash be DENIED.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days of service thereof. On October 3, 2017, because no objection had been received, the Court entered an Order Adopting Report and Recommendation. (Dkt. No. 9.) However, on that same day, simultaneous with the filing of the Court's Order, the Movants filed a handwritten "objection" informing the Court that they had found an attorney, Mr. Paxman, and requesting additional time for the Movants' attorney to respond. (Dkt. No. 10.)

Given the movants' simultaneous response and their representation that they had hired an attorney, on October 4, 2017, the Court vacated the October 3, 2017 Order Adopting Report and Recommendation, and re-opened the case. (Dkt. No. 11.) The Court then provided the Movants with additional time, through and including October 20, 2017, to file any objections with the Court. The Court also informed the Movants that if the Court did not receive anything by October 20, 2017, the Court would re-issue the ruling contained in the October 3, 2017 Order Adopting Report and Recommendation. (Dkt. No. 11.)

As of today's date, November 7, 2017, the Court has not received any additional filings or objections from the Movants and no attorney has entered an appearance on their behalf. Accordingly, the Court now rules as follows:

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and finds that the Movants have failed to comply with the requirements of 12 U.S.C. § 3410. Accordingly, the Movants' Motions to Quash are DENIED. (Dkt. Nos. 1, 4, 5, 6 and 7.)

IT IS SO ORDERED.

DATED this 7th day of November, 2017.

_____
Dee Benson
United States District Judge